IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CT-3163-FL

| | |
|---|---|
| ANNIS RECARDO LLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EDWARD J. MCMAHON, CAPTAIN ) | |
| MCNEISH, CAPTAIN ADAMS, ) | |
| A.R. FALES, JR., LT. SARVIS, ) | |
| G.D. JOHNSON, and ) | |
| 75 OTHER SUBORDINATES, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Annis Recardo Lloyd ("plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2013, the court ordered plaintiff to particularize his claim, but received no response. Plaintiff was given twenty-one (21) days to provide the court with the requested information and warned that in the event he failed to timely respond, the claim would be dismissed without prejudice. The twenty-one (21) days has lapsed without response and plaintiff's claim is properly DISMISSED without prejudice. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 31st day of May, 2013.

*[signature]*

_____
LOUISE W. FLANAGAN
United States District Judge